**Thomas D. VAN WINKLE,
Plaintiff—Appellee,**

v.

**UNION PACIFIC RAILROAD
COMPANY, a corporation,
Defendant—Appellant.**

**No. 03–16684.**

**D.C. No. CV–02–01657–LKK.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 20, 2004.

Charlotte E. Costan, Burbank, CA, Larry Lockshin, Larry Lockshin Attorney at Law, Sacramento, CA, for Plaintiff–Appellee.

William H. Pohle, Jr., Joseph P. Mascovich, Roseville, CA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm. We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.,*

198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

We cannot say that the district court abused its discretion here. We therefore affirm the district court's order granting the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International,* 686 F.2d 750, 752 (9th Cir.1982).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.